UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KRISTIAN M. RYAN

VERSUS

POSTMASTER GENERAL,
UNITED STATES POSTAL
SERVICE

CIVIL ACTION

NO. 10-830-JJB

## RULING ON REPORT AND RECOMMENDATION

The court has carefully considered the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia Dalby, dated December 21, 2010 (doc. no. 4). The court has further considered the objection filed by plaintiff, which reasserts the same legal argument.

The court finds that the magistrate judge has correctly cited and applied the law. The court approves and adopts the report and recommendation of the magistrate judge.

Accordingly, the court finds that plaintiff fails to state a claim under the FTCA and that this action must be dismissed for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 20th day of January, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE